IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **OCWEN LOAN SERVICING, LLC** | * | |
| Appellant | * | |
| v. | * | Civil No. **PJM 14-877** |
| **ARIANE LEA TIANI KAMENI** | * | |
| Appellee | * | |

### ERRATUM

Please note that on page 3 of the Court's Memorandum Opinion (Paper No. 9) issued on July 17, 2014, there is a citation error. The Court cited to Md. Code Ann., Cts. & Jud. Proc. §§ 14-305-306, but the correct citation is Md. Rules 14-305 and 14-306.

/s/
PETER J. MESSITTE
July 24, 2014                                    UNITED STATES DISTRICT JUDGE